# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Pavel Balon                      CHAPTER 13

<u>Debtor(s)</u>                      BKY. NO. 19-17762 JKF

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

       Kindly enter my appearance on behalf of Toyota Lease Trust and index same on the master mailing list.

                                           Respectfully submitted,
                                           **/s/ Rebecca A. Solarz Esquire**
                                           Rebecca A Solarz, Esquire
                                           Kevin G. McDonald, Esquire
                                           KML Law Group, P.C.
                                           701 Market Street, Suite 5000
                                           Philadelphia, PA 19106-1532
                                           (215) 627-1322