IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| PAVEL BALON, | : | |
| | : | DOCKET NO.: 19-17762-JKF |
| <u>DEBTOR</u> | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA | : | OBJECTION TO PLAN |
| DEPARTMENT OF REVENUE, | : | |
| | : | |
| MOVANT | : | HEARING DATE & TIME: |
| | : | APRIL 1, 2020, at 9:30 A.M. |
| v. | : | |
| | : | |
| PAVEL BALON, | : | |
| | : | RELATED TO DOCKET NO.: <u>18</u> |
| RESPONDENT | : | |

<u>CERTIFICATE OF SERVICE FOR PENNSYLVANIA
DEPARTMENT OF REVENUE'S OBJECTION TO
DEBTOR'S CHAPTER 13 PLAN</u>

I, Joseph J. Swartz, certify under penalty of perjury that I served the above captioned pleading, Objection to Chapter 13 Plan, on the parties at the below addresses, on February 18, 2020, by:

**19-17762-JKF Notice will be electronically mailed to:**

Rebecca Ann Solarz at bkgroup@kmllawgroup.com

Thomas Young.Hae Song at paeb@fedphe.com

Joseph J. Swartz at RA-occbankruptcy2@state.pa.us, RA-occbankruptcy6@state.pa.us

United States Trustee at USTPRegion03.PH.ECF@usdoj.gov

Scott F. Waterman at ECFMail@ReadingCh13.com

Paul H. Young at support@ymalaw.com, ykaecf@gmail.com, paullawyers@gmail.com, pyoung@ymalaw.com, youngpr83562@notify.bestcase.com

**19-17762-JKF Notice will not be electronically mailed to:**

American Express National Bank
c/o Zwicker & Associates, P.C.
8 Minuteman Road
P.O. Box 9043
Andover, MA  01810-1041

EXECUTED ON:  February 19, 2020

                                                  Respectfully submitted by,

By:    /s/ Joseph J. Swartz
         Counsel
         PA Department of Revenue
         Office of Chief Counsel
         P.O. Box 281061
         Harrisburg, PA 17128-1061
         PA Attorney I.D.:  309233
         Phone: (717) 346-4645
         Facsimile: (717) 772-1459
         JoseSwartz@pa.gov