United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Pavel Balon  
    Debtor

Case No. 19-17762-jkf  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: YvetteWD | Page 1 of 1 | Date Rcvd: Mar 11, 2020 |
|---|---|---|---|
| | Form ID: pdf900 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2020.
db     +Pavel Balon,   86 Greenridge Circle,   Newtown, PA 18940-2356

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2020            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 11, 2020 at the address(es) listed below:
      JEROME B. BLANK   on behalf of Creditor   PINGORA LOAN SERVICING, LLC paeb@fedphe.com
      JOSEPH JASPER SWARTZ   on behalf of Creditor   PA Dept of Revenue RA-occbankruptcy2@state.pa.us, RA-occbankruptcy6@state.pa.us
      PAUL H. YOUNG   on behalf of Debtor Pavel Balon support@ymalaw.com, ykaecf@gmail.com, paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com
      REBECCA ANN SOLARZ   on behalf of Creditor   Toyota Lease Trust bkgroup@kmllawgroup.com
      SCOTT F. WATERMAN (Chapter 13)   ECFMail@ReadingCh13.com
      THOMAS YOUNG.HAE SONG   on behalf of Creditor   PINGORA LOAN SERVICING, LLC paeb@fedphe.com
      United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
         TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  Pavel Balon | | CHAPTER 13 |
| | Debtor(s) | |
| Toyota Lease Trust | | |
| | Movant | |
| vs. | | NO. 19-17762 JKF |
| Pavel Balon | | |
| | Debtor(s) | |
| Scott F. Waterman | | 11 U.S.C. Section 362 |
| | Trustee | |

**ORDER TERMINATING AUTOMATIC STAY**

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Lease Trust, reviewed the file herein and after hearing, is of the opinion that said Motion should be granted.  It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2016 Toyota 4Runner, VIN: JTEBU5JR2G5346597  in a commercially reasonable manner.  The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

Signed this  11th  day of  March , 2020.

_____
United States Bankruptcy Judge.
Jean K. FitzSimon

cc: See attached service list

Pavel Balon
86 Greenridge Circle
Newtown, PA 18940

Paul H. Young,, Esq.
3554 Hulmeville Road
Suite 102
Bensalem, PA 19020

Scott F. Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532