**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | CHAPTER 13 |
| | : | |
| PAVEL BALON, | : | |
| | : | DOCKET NO.: 19-17762-JKF |
| DEBTOR | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA | : | CERTIFICATE OF SERVICE |
| DEPARTMENT OF REVENUE, | : | |
| | : | |
| MOVANT | : | HEARING DATE & TIME: |
| | : | JULY 20, 2020, at 10:00 A.M. |
| v. | : | |
| | : | |
| PAVEL BALON, | : | |
| | : | RELATED TO DOCKET NO.: 46 |
| RESPONDENT | : | |

<u>CERTIFICATE OF SERVICE FOR PENNSYLVANIA DEPARTMENT
OF REVENUE'S OBJECTION TO DEBTOR'S 2ND AMENDED CHAPTER 13 PLAN FILED</u>

I, Joseph J. Swartz, certify under penalty of perjury that I served the above captioned pleading Objection to Debtors' Chapter 13 Plan, on the parties at the below addresses, on July 17, 2020 by:

**19-17762-jkf Notice will be electronically mailed to:**

JEROME B. BLANK on behalf of Creditor PINGORA LOAN SERVICING, LLC
paeb@fedphe.com

REBECCA ANN SOLARZ on behalf of Creditor Toyota Lease Trust
bkgroup@kmllawgroup.com

THOMAS YOUNG.HAE SONG on behalf of Creditor PINGORA LOAN SERVICING, LLC
paeb@fedphe.com

JOSEPH JASPER SWARTZ on behalf of Creditor PA Dept of Revenue
RA-occbankruptcy2@state.pa.us, RA-occbankruptcy6@state.pa.us

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

SCOTT F. WATERMAN (Chapter 13)
ECFMail@ReadingCh13.com

PAUL H. YOUNG on behalf of Debtor Pavel Balon
support@ymalaw.com,
ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com

**19-17762-jkf Notice will not be electronically mailed to:**

American Express National Bank c/o Zwicker & Associates, P.C.
80 Minuteman Road
P.O. Box 9043
Andover, MA 01810-1041

                                            Respectfully submitted by,

EXECUTED ON:  July 17, 2020      By:    */s/ Joseph J. Swartz*_____
                                                    Joseph J. Swartz
                                                    Counsel
                                                    PA Department of Revenue
                                                    Office of Chief Counsel
                                                    P.O. Box 281061
                                                    Harrisburg, PA 17128-1061
                                                    PA Attorney I.D.:  309233
                                                    Phone: (717) 346-4645
                                                    Facsimile: (717) 772-1459
                                                    Email: JoseSwartz@pa.gov