| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
### Chapter 13 Case No. 19-17762-AMC

Pavel Balon
86 Greenridge Circle
Newtown  PA    18940

Petition Filed Date: 12/12/2019
341 Hearing Date: 02/21/2020
Confirmation Date:

Case Status: Open / Unconfirmed

## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/10/2020 | $500.00 | | 02/11/2020 | $500.00 | | 03/12/2020 | $500.00 | |
| 05/20/2020 | $500.00 | | 06/15/2020 | $500.00 | | 07/14/2020 | $1,070.00 | |

**Total Receipts for the Period: $3,570.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $3,570.00**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Pavel Balon | Debtor Refunds | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $3,570.00 | Current Monthly Payment: | $500.00 |
| Paid to Claims: | $0.00 | Arrearages: | $430.00 |
| Paid to Trustee: | $337.50 | Total Plan Base: | $28,500.00 |
| Funds on Hand: | $3,232.50 | | |

### NOTES:

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.