United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 19-17762-amc

Pavel Balon     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: admin    Page 1 of 2
Date Rcvd: May 12, 2021    Form ID: 155    Total Noticed: 26

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 14, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Pavel Balon, 86 Greenridge Circle, Newtown, PA 18940-2356 |
| 14443929 | + | American Express National Bank, c/o Zwicker and Associates, P.C., 80 Minuteman Road, PO Box 9043, Andover, MA 01810-0943 |
| 14443655 | + | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. 9043, Andover, MA 01810-0943 |
| 14439088 | + | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 14439089 | + | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 14579065 | + | Freedom Mortgage, c/o Andrew Spivack, Brock and Scott, PLLC Attorneys at Law, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054-1218 |
| 14579066 | + | Freedom Mortgage, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |
| 14576873 | + | Freedom Mortgage Corp., 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 14469346 | + | PINGORA LOAN SERVICING, LLC, FLAGSTAR BANK F.S.B., 5151 CORPORATE DRIVE, TROY MI 48098-2639 |
| 14447097 | | PINGORA LOAN SERVICING, LLC, C/o Thomas Song, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14447345 | + | PINGORA LOAN SERVICING, LLC, c/o THOMAS YOUNG.HAE SONG, Phelan Hallinan Diamond & Jones, LLP, 1617 JFK Blvd., Suite 1400 Philadelphia, PA 19103-1814 |
| 14552495 | + | Pingora Loan Servicing, LLC, CO Rebecca Ann Solarz, Esq., KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14439095 | + | Porsche Financial Srvc, 980 Hammond Dr, Atlanta, GA 30328-6161 |
| 14439097 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Motor Credit, 4 Gatehall Dr, Parsippany, NJ 07054 |
| 14574571 | | Toyota Lease Trust, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14452229 | + | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14467236 | + | Toyota Lease Trust, C/O Rebecca Ann Solarz, Esq., KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14439090 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 13 2021 01:58:32 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14439091 | + | Email/PDF: creditonebknotifications@resurgent.com | May 13 2021 01:58:36 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 14441767 | | Email/Text: mrdiscen@discover.com | May 13 2021 01:43:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14439092 | + | Email/Text: mrdiscen@discover.com | May 13 2021 01:43:00 | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 14439093 | + | Email/Text: cashiering-administrationservices@flagstar.com | May 13 2021 01:44:00 | Flagstar Bank, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 14439094 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | May 13 2021 01:58:30 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14458916 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 13 2021 01:58:37 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14456091 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |

District/off: 0313-2 User: admin Page 2 of 2
Date Rcvd: May 12, 2021 Form ID: 155 Total Noticed: 26

|  |  |  |  |
|---|---|---|---|
|  |  | May 13 2021 01:43:00 | Pennsylvania Department of Revenue, Bankruptcy Division P O Box 280946, Harrisburg PA 17128-0946 |
| 14439096 | + Email/PDF: gecsedi@recoverycorp.com | May 13 2021 02:08:41 | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |

TOTAL: 9

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 14, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 12, 2021 at the address(es) listed below:

**Name**    **Email Address**

ANDREW L. SPIVACK
     on behalf of Creditor FREEDOM MORTGAGE andrew.spivack@brockandscott.com wbecf@brockandscott.com

JEROME B. BLANK
     on behalf of Creditor PINGORA LOAN SERVICING LLC paeb@fedphe.com

JOSEPH JASPER SWARTZ
     on behalf of Creditor PA Dept of Revenue RA-occbankruptcy2@state.pa.us RA-occbankruptcy6@state.pa.us

PAUL H. YOUNG
     on behalf of Debtor Pavel Balon support@ymalaw.com
     ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com

REBECCA ANN SOLARZ
     on behalf of Creditor Toyota Lease Trust bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ
     on behalf of Creditor PINGORA LOAN SERVICING LLC bkgroup@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
     ECFMail@ReadingCh13.com

THOMAS YOUNG.HAE SONG
     on behalf of Creditor PINGORA LOAN SERVICING LLC paeb@fedphe.com

United States Trustee
     USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Pavel Balon
       Debtor(s)                                 Chapter: 13

                                                Bankruptcy No: 19−17762−amc

_____

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this May 12, 2021 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                Ashely M. Chan
                                                Judge ,
                                                United States Bankruptcy Court