| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 19-17762-AMC**

Pavel Balon  
86 Greenridge Circle  
Newtown  PA    18940

Petition Filed Date: 12/12/2019  
341 Hearing Date: 02/21/2020  
Confirmation Date: 05/12/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/10/2020 | $500.00 | | 02/11/2020 | $500.00 | | 03/12/2020 | $500.00 | |
| 05/20/2020 | $500.00 | | 06/15/2020 | $500.00 | | 07/14/2020 | $1,070.00 | |
| 08/14/2020 | $1,070.00 | | 09/15/2020 | $1,070.00 | | 10/15/2020 | $1,070.00 | |
| 11/17/2020 | $1,070.00 | | 12/14/2020 | $1,070.00 | | 01/14/2021 | $1,070.00 | |
| 02/16/2021 | $1,070.00 | | 03/15/2021 | $1,070.00 | | 04/14/2021 | $1,070.00 | |
| 05/14/2021 | $1,070.00 | | | | | | | |

**Total Receipts for the Period:  $14,270.00    Amount Refunded to Debtor Since Filing:  $0.00  Total Receipts Since Filing: $14,270.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Pavel Balon | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 1 | DISCOVER BANK<br>»» 001 | Unsecured Creditors | $33,996.41 | $0.00 | $33,996.41 |
| 2 | AMERICAN EXPRESS NATIONAL BANK<br>»» 002 | Unsecured Creditors | $18,534.35 | $0.00 | $18,534.35 |
| 3 | TOYOTA MOTOR CREDIT CORP<br>»» 003 | Unsecured Creditors | $9,715.23 | $0.00 | $9,715.23 |
| 4 | PA DEPARTMENT OF REVENUE<br>»» 04S | Secured Creditors | $3,416.48 | $429.68 | $2,986.80 |
| 5 | PA DEPARTMENT OF REVENUE<br>»» 04P | Priority Crediors | $4,541.16 | $4,541.16 | $0.00 |
| 6 | PA DEPARTMENT OF REVENUE<br>»» 04U | Unsecured Creditors | $751.50 | $0.00 | $751.50 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 005 | Unsecured Creditors | $6,193.03 | $0.00 | $6,193.03 |
| 8 | FREEDOM MORTGAGE CORPORATION<br>»» 006 | Mortgage Arrears | $42,669.49 | $5,366.36 | $37,303.13 |
| 0 | YOUNG MARR  & ASSOCIATES | Attorney Fees | $2,750.00 | $2,750.00 | $0.00 |

**Chapter 13 Case No. 19-17762-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $14,270.00 | Current Monthly Payment: | $1,070.00 |
| Paid to Claims: | $13,087.20 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,182.80 | Total Plan Base: | $60,280.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.