# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA
*Reading Division*

| | |
|---|---|
| IN RE:<br>PAVEL BALON<br><br>Freedom Mortgage Corporation,<br>    Movant<br><br>vs.<br><br>PAVEL BALON,<br>    Debtor | Case No. 19-17762-amc<br>Chapter 13 |

## WITHDRAWAL OF NOTICE OF MORTGAGE PAYMENT CHANGE

Freedom Mortgage Corporation ("Movant"), by and through its legal counsel, hereby withdraws its Notice of Mortgage Payment Change filed on July 8, 2021. The payment change has been cancelled.

This 10th day of August, 2021.

> */s/ Mario Hanyon*
> Mario Hanyon
> (Bar No. 203993)
> Attorney for Creditor
> BROCK & SCOTT, PLLC
> 302 Fellowship Road, Ste 130
> Mount Laurel, NJ 08054
> Telephone:  844-856-6646 x4560
> Facsimile:  704-369-0760
> E-Mail:  pabkr@brockandscott.com

20-13781 BKSUP02

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA
*Reading Division*

| | |
|---|---|
| IN RE:<br>PAVEL BALON<br><br>Freedom Mortgage Corporation,<br>    Movant<br><br>vs.<br><br>PAVEL BALON,<br>    Debtor | Case No. 19-17762-amc<br>Chapter 13 |

## **CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that a true and exact copy of the foregoing Notice Of Withdrawal Of Notice Of Mortgage Payment Change has been electronically served or mailed, postage prepaid on August 10, 2021 to the following:

Service by First-Class mail:
PAVEL BALON
86 GREENRIDGE CIRCLE
NEWTOWN, PA 18940

Service by Electronic means:
Paul H Young, Debtor's Attorney
3553 Hulmeville Road
Suite 102
Bensalem, PA 19020

Scott F. Waterman, Bankruptcy Trustee
Chapter 13 Trustee
2901 St. Lawrence Ave, Suite 100
Reading, PA 19606

20-13781 BKSUP02

United States Trustee, US Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106

                */s/ Mario Hanyon*
                Mario Hanyon
                (Bar No. 203993)
                Attorney for Creditor
                BROCK & SCOTT, PLLC
                302 Fellowship Road, Ste 130
                Mount Laurel, NJ 08054
                Telephone:  844-856-6646 x4560
                Facsimile:  704-369-0760
                E-Mail:  pabkr@brockandscott.com

20-13781 BKSUP02