| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 19-17762-AMC

Pavel Balon  
86 Greenridge Circle  
Newtown  PA    18940

Petition Filed Date: 12/12/2019  
341 Hearing Date: 02/21/2020  
Confirmation Date: 05/12/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/14/2021 | $1,070.00 | | 05/14/2021 | $1,070.00 | | 06/14/2021 | $1,070.00 | |
| 07/15/2021 | $1,070.00 | | 08/16/2021 | $1,070.00 | | 09/14/2021 | $1,070.00 | |
| 10/18/2021 | $1,070.00 | | 11/16/2021 | $1,070.00 | | 12/14/2021 | $1,070.00 | |
| 01/18/2022 | $1,070.00 | | 02/15/2022 | $1,070.00 | | 03/14/2022 | $1,070.00 | |
| 04/14/2022 | $1,070.00 | | 05/16/2022 | $1,070.00 | | 06/14/2022 | $1,070.00 | |
| 07/14/2022 | $1,070.00 | | | | | | | |

**Total Receipts for the Period: $17,120.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $29,250.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Pavel Balon | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 1 | DISCOVER BANK  »» 001 | Unsecured Creditors | $33,996.41 | $0.00 | $33,996.41 |
| 2 | AMERICAN EXPRESS NATIONAL BANK  »» 002 | Unsecured Creditors | $18,534.35 | $0.00 | $18,534.35 |
| 3 | TOYOTA MOTOR CREDIT CORP  »» 003 | Unsecured Creditors | $9,715.23 | $0.00 | $9,715.23 |
| 4 | PA DEPARTMENT OF REVENUE  »» 04S | Secured Creditors | $3,416.48 | $1,445.03 | $1,971.45 |
| 5 | PA DEPARTMENT OF REVENUE  »» 04P | Priority Crediors | $4,541.16 | $4,541.16 | $0.00 |
| 6 | PA DEPARTMENT OF REVENUE  »» 04U | Unsecured Creditors | $751.50 | $0.00 | $751.50 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES  »» 005 | Unsecured Creditors | $6,193.03 | $0.00 | $6,193.03 |
| 8 | RUSHMORE LOAN MANAGEMENT SERVICES  »» 006 | Mortgage Arrears | $42,669.49 | $18,047.01 | $24,622.48 |
| 0 | YOUNG MARR  & ASSOCIATES | Attorney Fees | $2,750.00 | $2,750.00 | $0.00 |

**Chapter 13 Case No. 19-17762-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $29,250.00 | Current Monthly Payment: | $1,070.00 |
| Paid to Claims: | $26,783.20 | Arrearages: | $0.00 |
| Paid to Trustee: | $2,466.80 | Total Plan Base: | $60,280.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.