UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:   Pavel Balon<br>                  Debtor<br><br>Rushmore Loan Management Services, LLC as servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V<br>Movant<br>v.<br><br>Pavel Balon<br>Marisol Homs - Co-Debtor<br>Scott F. Waterman - Trustee<br>                  Respondents | Case No.: 19-17762-amc<br><br>Chapter: 13<br><br>Judge: Ashely M. Chan |

## ORDER APPROVING SETTLEMENT STIPULATION

AND NOW, this __23rd__ day of __May__, 2023, it is hereby ORDERED and DECREED that the Settlement Stipulation resolving Creditor, Rushmore Loan Management Services, LLC as servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V's Motion for Relief from Automatic Stay is hereby APPROVED.

BY THE COURT:

_____
Ashely M. Chan, Bankruptcy Judge