United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                  Case No. 19-17762-amc

Pavel Balon                                                                             Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 23, 2023 | Form ID: pdf900 | Total Noticed: 4 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 25, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Pavel Balon, 86 Greenridge Circle, Newtown, PA 18940-2356 |
| cr | + | Rushmore Loan Management Services, LLC as servicer, FRIEDMAN VARTOLO, LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bkfilings@zwickerpc.com | May 24 2023 00:51:00 | American Express National Bank c/o Zwicker & Assoc, 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |
| cr | + | Email/Text: Bankruptcy@Freedommortgage.com | May 24 2023 00:51:00 | Freedom Mortgage Corp., 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| cr | ^ | MEBN | May 24 2023 00:48:08 | Rushmore Loan Management Services, LLC as servicer, FRIEDMAN VARTOLO, LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |

TOTAL: 3

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2023                    Signature:        /s/Gustava Winters

District/off: 0313-2 — User: admin — Page 2 of 2
Date Rcvd: May 23, 2023 — Form ID: pdf900 — Total Noticed: 4

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 23, 2023 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| ANDREW L. SPIVACK | on behalf of Creditor FREEDOM MORTGAGE andrew.spivack@brockandscott.com  wbecf@brockandscott.com |
| ANDREW L. SPIVACK | on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com  wbecf@brockandscott.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor PINGORA LOAN SERVICING  LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Toyota Lease Trust bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| JASON BRETT SCHWARTZ | on behalf of Creditor Rushmore Loan Management Services  LLC as servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V jschwartz@ecf.courtdrive.com, bankruptcy@friedmanvartolo.com |
| JASON BRETT SCHWARTZ | on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V jschwartz@ecf.courtdrive.com, bankruptcy@friedmanvartolo.com |
| JEROME B. BLANK | on behalf of Creditor PINGORA LOAN SERVICING  LLC jblank@pincuslaw.com |
| JOSEPH JASPER SWARTZ | on behalf of Creditor PA Dept of Revenue RA-occbankruptcy2@state.pa.us  RA-occbankruptcy6@state.pa.us |
| LAUREN MOYER | on behalf of Creditor Rushmore Loan Management Services  LLC as servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V lmoyer@friedmanvartolo.com |
| MARIO J. HANYON | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  mario.hanyon@brockandscott.com |
| PAUL H. YOUNG | on behalf of Debtor Pavel Balon support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com ,lesliebrown.paralegal@gmail.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| THOMAS SONG | on behalf of Creditor PINGORA LOAN SERVICING  LLC tomysong0@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 14

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    Pavel Balon
              Debtor

Rushmore Loan Management
Services, LLC as servicer for U.S.
Bank National Association, not in
its individual capacity but solely as
trustee for RMTP Trust, Series
2021 Cottage-TT-V
Movant
v.

Pavel Balon
Marisol Homs - Co-Debtor
Scott F. Waterman - Trustee
              Respondents

Case No.: 19-17762-amc

Chapter: 13

Judge:  Ashely M. Chan

**<u>ORDER APPROVING SETTLEMENT STIPULATION</u>**

AND NOW, this ____23rd____ day of _____May_____, 2023, it is hereby

ORDERED and DECREED that the Settlement Stipulation resolving Creditor, Rushmore Loan

Management Services, LLC as servicer for U.S. Bank National Association, not in its individual

capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V's Motion for Relief from

Automatic Stay is hereby APPROVED.

BY THE COURT:

_____
Ashely M. Chan, Bankruptcy Judge