| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
### Chapter 13 Case No. 19-17762-AMC

| | |
|---|---|
| Pavel Balon | Petition Filed Date: 12/12/2019 |
| 86 Greenridge Circle | 341 Hearing Date: 02/21/2020 |
| Newtown  PA    18940 | Confirmation Date: 05/12/2021 |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/15/2022 | $1,070.00 | | 09/14/2022 | $1,070.00 | | 10/17/2022 | $1,070.00 | |
| 11/15/2022 | $1,070.00 | | 12/14/2022 | $1,070.00 | | 01/17/2023 | $1,070.00 | |
| 02/14/2023 | $1,070.00 | | 03/14/2023 | $1,070.00 | | 04/14/2023 | $1,070.00 | |
| 05/15/2023 | $1,070.00 | | 06/14/2023 | $1,070.00 | | 07/14/2023 | $1,070.00 | |

**Total Receipts for the Period:  $12,840.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $42,090.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Pavel Balon | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 1 | DISCOVER BANK<br>»»  001 | Unsecured Creditors | $33,996.41 | $0.00 | $33,996.41 |
| 2 | AMERICAN EXPRESS NATIONAL BANK<br>»»  002 | Unsecured Creditors | $18,534.35 | $0.00 | $18,534.35 |
| 3 | TOYOTA MOTOR CREDIT CORP<br>»»  003 | Unsecured Creditors | $9,715.23 | $0.00 | $9,715.23 |
| 4 | PA DEPARTMENT OF REVENUE<br>»»  04S | Secured Creditors | $3,416.48 | $2,317.55 | $1,098.93 |
| 5 | PA DEPARTMENT OF REVENUE<br>»»  04P | Priority Crediors | $4,541.16 | $4,541.16 | $0.00 |
| 6 | PA DEPARTMENT OF REVENUE<br>»»  04U | Unsecured Creditors | $751.50 | $0.00 | $751.50 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  005 | Unsecured Creditors | $6,193.03 | $0.00 | $6,193.03 |
| 8 | RUSHMORE LOAN MANAGEMENT SERVICES<br>»»  006 | Mortgage Arrears | $42,669.49 | $28,944.49 | $13,725.00 |
| 0 | YOUNG MARR  & ASSOCIATES | Attorney Fees | $2,750.00 | $2,750.00 | $0.00 |

Chapter 13 Case No. 19-17762-AMC

### SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $42,090.00 | Current Monthly Payment: | $1,070.00 |
| Paid to Claims: | $38,553.20 | Arrearages: | $0.00 |
| Paid to Trustee: | $3,536.80 | Total Plan Base: | $60,280.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.