United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-17762-amc |
| Pavel Balon | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: May 23, 2024 | Form ID: pdf900 | Total Noticed: 32 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#   Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 25, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Pavel Balon, 86 Greenridge Circle, Newtown, PA 18940-2356 |
| 14579065 | + | Freedom Mortgage, c/o Andrew Spivack, Brock and Scott, PLLC Attorneys at Law, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054-1218 |
| 14469346 | + | PINGORA LOAN SERVICING, LLC, FLAGSTAR BANK F.S.B., 5151 CORPORATE DRIVE, TROY MI 48098-2639 |
| 14447097 | + | PINGORA LOAN SERVICING, LLC, C/o Thomas Song, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14447345 | + | PINGORA LOAN SERVICING, LLC, c/o THOMAS YOUNG.HAE SONG, Phelan Hallinan Diamond & Jones, LLP, 1617 JFK Blvd., Suite 1400 Philadelphia, PA 19103-1814 |
| 14552495 | + | Pingora Loan Servicing, LLC, CO Rebecca Ann Solarz, Esq., KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14439095 | + | Porsche Financial Srvc, 980 Hammond Dr, Atlanta, GA 30328-6161 |
| 14467236 | + | Toyota Lease Trust, C/O Rebecca Ann Solarz, Esq., KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14831766 | | U.S. Bank National Association, et al., c/o Rushmore Servicing, PO Box 619096 Dallas, TX 75261 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 24 2024 00:03:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| cr | + | Email/Text: bkfilings@zwickerpc.com | May 24 2024 00:03:00 | American Express National Bank c/o Zwicker & Assoc, 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |
| cr | ^ | MEBN | May 23 2024 23:54:54 | Rushmore Loan Management Services, LLC as servicer, FRIEDMAN VARTOLO, LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| 14443929 | + | Email/Text: bkfilings@zwickerpc.com | May 24 2024 00:03:00 | American Express National Bank, c/o Zwicker and Associates, P.C., 80 Minuteman Road, PO Box 9043, Andover, MA 01810-0943 |
| 14443655 | + | Email/Text: bkfilings@zwickerpc.com | May 24 2024 00:03:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. 9043, Andover, MA 01810-0943 |
| 14439088 | + | Email/PDF: bncnotices@becket-lee.com | May 24 2024 00:10:57 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 14439089 | + | Email/Text: BarclaysBankDelaware@tsico.com | May 24 2024 00:02:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 14439090 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 24 2024 00:12:14 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14439091 | + | Email/PDF: creditonebknotifications@resurgent.com | May 24 2024 00:12:03 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 23, 2024 | Form ID: pdf900 | Total Noticed: 32 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14441767 | | Email/Text: mrdiscen@discover.com | May 24 2024 00:01:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14439092 | + | Email/Text: mrdiscen@discover.com | May 24 2024 00:01:00 | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 14439093 | + | Email/Text: cashiering-administrationservices@flagstar.com | May 24 2024 00:03:00 | Flagstar Bank, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 14579066 | + | Email/Text: Bankruptcy@Freedommortgage.com | May 24 2024 00:02:00 | Freedom Mortgage, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |
| 14576873 | + | Email/Text: Bankruptcy@Freedommortgage.com | May 24 2024 00:02:00 | Freedom Mortgage Corp., 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 14439094 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | May 24 2024 00:10:34 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14469346 | ^ | MEBN | May 23 2024 23:55:04 | PINGORA LOAN SERVICING, LLC, FLAGSTAR BANK F.S.B., 5151 CORPORATE DRIVE, TROY MI 48098-2639 |
| 14458916 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 24 2024 00:25:02 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14456091 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 24 2024 00:03:00 | Pennsylvania Department of Revenue, Bankruptcy Division P O Box 280946, Harrisburg PA 17128-0946 |
| 14709202 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 24 2024 00:02:00 | Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 14747481 | ^ | MEBN | May 23 2024 23:54:53 | Rushmore Loan Management Services,, LLC as Servicer for U.S. Bank N.A., Friedman Vartolo, LLP, 1325 Franklin Avenue, Suite 160, Garden City NY 11530-1631 |
| 14439096 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 24 2024 00:12:12 | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 14452229 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | May 24 2024 00:02:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14574571 | | Email/PDF: bncnotices@becket-lee.com | May 24 2024 00:10:49 | Toyota Lease Trust, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14439097 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | May 24 2024 00:02:00 | Toyota Motor Credit, 4 Gatehall Dr, Parsippany, NJ 07054-4522 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *+ | Freedom Mortgage Corp., 10500 Kincaid Drive, Fishers, IN 46037-9764 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: May 23, 2024 | Form ID: pdf900 | Total Noticed: 32 |

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 25, 2024                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 23, 2024 at the address(es) listed below:

**Name**     **Email Address**

ANDREW L. SPIVACK
on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com  wbecf@brockandscott.com

ANDREW L. SPIVACK
on behalf of Creditor FREEDOM MORTGAGE andrew.spivack@brockandscott.com  wbecf@brockandscott.com

DENISE ELIZABETH CARLON
on behalf of Creditor Toyota Lease Trust bkgroup@kmllawgroup.com

DENISE ELIZABETH CARLON
on behalf of Creditor PINGORA LOAN SERVICING  LLC bkgroup@kmllawgroup.com

JASON BRETT SCHWARTZ
on behalf of Creditor Rushmore Loan Management Services  LLC as servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com

JASON BRETT SCHWARTZ
on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com

JEROME B. BLANK
on behalf of Creditor PINGORA LOAN SERVICING  LLC jblank@pincuslaw.com, mmorris@pincuslaw.com

JOSEPH JASPER SWARTZ
on behalf of Creditor PA Dept of Revenue RA-occbankruptcy2@state.pa.us  RA-occbankruptcy6@state.pa.us

LAUREN MOYER
on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V bkecf@friedmanvartolo.com

LAUREN MOYER
on behalf of Creditor Rushmore Loan Management Services  LLC as servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V bkecf@friedmanvartolo.com

MARIO J. HANYON
on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  mario.hanyon@brockandscott.com

PAUL H. YOUNG
on behalf of Debtor Pavel Balon support@ymalaw.com
ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com

SCOTT F. WATERMAN [Chapter 13]
ECFMail@ReadingCh13.com

THOMAS SONG
on behalf of Creditor PINGORA LOAN SERVICING  LLC tomysong0@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 15

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Pavel Balon<br><br>    Debtor | Chapter 13<br><br>Bankruptcy No. 19-17762-AMC |

## ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

Date: May 23, 2024

_____
ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE